UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| ELIZABETH CUTTITTA,<br><br>              Plaintiff,<br><br>v.<br><br>CAROLYN W. COLVIN, Acting Commissioner, Social Security Administration,<br><br>              Defendant. | Case No. 2:12-cv-02184-APG-GWF<br><br>**Order Accepting Findings and Recommendation and Dismissing Case**<br><br>(Dkt. ## 16, 18, 20) |

On December 5, 2013, Magistrate Judge Foley entered his Findings and Recommendation [Dkt. #20] recommending that Plaintiff's Motion for Reversal and Remand [Dkt. #16] be denied and that Defendant's Cross-Motion to Affirm [Dkt. #18] be granted. Plaintiff timely filed an objection to Judge Foley's recommendation. I have conducted a de novo review of the issues set forth in the Findings and Recommendation pursuant to Local Rule IB 3-2. Judge Foley's Findings and Recommendation set forth the proper legal analysis, and the factual bases, for the decision. Therefore,

IT IS HEREBY ORDERED that Judge Foley's Findings and Recommendation is accepted, Plaintiff's Motion for Reversal and Remand [Dkt. #16] is DENIED, Defendant's Cross-Motion to Affirm [Dkt. #18] is GRANTED, the Administrative Law Judge's decision is affirmed, and this case is DISMISSED. The clerk of the court shall enter Judgment accordingly.

Dated: July 7, 2014.

                                                                ANDREW P. GORDON<br>
                                                                UNITED STATES DISTRICT JUDGE